■ ROBERT COHEN et al., Respondents-Appellants, v HOWARD HILL, Appellant-Respondent. [677 NYS2d 462] —Orders, Supreme Court, New York County (Lewis Friedman, J.), entered on or about October 9, 1997 and February 13, 1998, respectively, unanimously affirmed for the reasons stated by Friedman, J., without costs or disbursements. No opinion. Concur—Ellerin, J. P., Tom, Mazzarelli and Saxe, JJ.